Mr. Clerk / Mrs. Clerk          Feb/13/2018

United States District court
Northern District of New York
   Clerk's office
P.O. Box 7367
100 South Clinton Street
Syracuse, New York, 13261-7367

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AT _____ O'CLOCK
Lawrence ........ Clerk - Syracuse

RE: Withdraw claim

I, Eric Goodfriend would like to request to withdraw my claim against the public officers of St Lawrence county. My case number is 8:18-CV-78 (DNH/DJS).

Thank You for your time.

Respectfully Summitted
Eric Goodfriend
*Eric Goodfriend*

```
IT IS SO ORDERED:

    [signature]
_____
      David N. Hurd
United States District Judge

Dated:    February 21, 2018
          _____
          Utica, NY
```

Plaintiff's request to volutarily withdraw his complaint is GRANTED and the complaint is hereby ordered dismissed with prejudice. The Clerk is ordered to close the case.